UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Robin Winger,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>City of Garden Grove; Charles Starnes; Michael Elhami; Nathan Brady; and Bill Strohm,<br>　　　　　Defendants. | Case No. SACV 13-00267 AG (RNBx)<br><br>**JUDGMENT** |

　　　The Court enters judgment against Plaintiff and for Defendants City of Garden Grove, Charles Starnes, Michael Elhami, Nathan Brady, and Bill Strohm.

Dated July 19, 2018

　　　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　　　　United States District Judge